NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY LEE HAZELBAKER,  )
DOC #C04914,              )
                         )
     Appellant,         )
                         )
v.                       )    Case No. 2D18-1494
                         )
STATE OF FLORIDA,        )
                         )
     Appellee.          )
_____ )

Opinion filed July 12, 2019.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender,
Bartow, and Jean Marie Henne, Special
Assistant Public Defender, Winter
Haven, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

     Affirmed.


LaROSE, NORTHCUTT, and SMITH, JJ., Concur.